|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA 2:22-cr-00037-DSF |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANCISCO BARRERA-FLEMATE(1),
EDUARDO RIOS (2)

    Defendants.

Case No.  21-cr-1171-TWR

I N F O R M A T I O N

Title 31, U.S.C., Sec. 5332(a) and (b) - Bulk Cash Smuggling; Title 31, U.S.C., Sec. 5332(b)(2) - Criminal Forfeiture

The United States Attorney charges:

    On or about March 24, 2021, within the Southern District of California, defendants FRANCISCO BARRERA-FLEMATE and EDUARDO RIOS, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000 in currency, to wit, a total of approximately $303,580.00 in United States currency, concealed within defendants' vehicle, to wit, a white 2019 Volkswagen Atlas with California license plate number 8TBY293 and Vehicle Identification Number (VIN) 1V2SR2CA4KC602396 (hereinafter "vehicle"), and transported, transferred or attempted to transport or transfer such currency from a place within the United States to a place outside the United States, to wit, the Republic of Mexico; in violation of Title 31, United States Code, Section 5332(a) and (b).

//

# FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged above, defendants FRANCISCO BARRERA-FLEMATE and EDUARDO RIOS, shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, $303,580.00 in United States currency, and the vehicle; all in violation of Title 31, United States Code, Section 5332(b)(2).

DATED: April 14, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

MICHAEL F. KAPLAN
Assistant U.S. Attorney